UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAULTON MITCHELL, ) | 1:06-cv-008-REC-SMS |
| ) | |
| Plaintiff, ) | ORDER DIRECTING PLAINTIFF TO FILE |
| ) | A COMPLETED IN FORMA PAUPERIS |
| ) | APPLICATION WITH CERTIFICATE AND |
| v. ) | TRUST ACCOUNT STATEMENT (DOC. 2) |
| ) | |
| MS. GARCIA, et al., ) | ORDER DIRECTING THE CLERK TO SEND |
| ) | TO PLAINTIFF A BLANK IN FORMA |
| Defendants. ) | PAUPERIS APPLICATION |
| ) | |
| ) | |

　　　Plaintiff is a state prisoner proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

　　　Pending before the Court is Plaintiff's application to proceed in forma pauperis, filed on January 3, 2006.

　　　Plaintiff's application was incomplete. The "Certificate of Authorized Officer" was not dated or signed. Further, Plaintiff did not submit a trust account statement. Plaintiff is required to submit an original, signed prison trust account statement that includes the entire six-month period immediately preceding the

1

filing of the complaint. <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity either to pay the $250.00 filing fee or submit a completed application, with a signed certificate, and an original certified copy of his trust account statement covering the full six-month period in support of his request to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, Plaintiff shall either submit a completed application to proceed in forma pauperis, including a signed certificate and an **original certified copy of his prison trust account statement for the six-month period** immediately preceding the filing of the complaint, or, in the alternative, pay the $250.00 filing fee for this action. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   January 11, 2006**          **/s/ Sandra M. Snyder**
icido3                          UNITED STATES MAGISTRATE JUDGE

2