UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAULTON MITCHELL,<br><br>        Plaintiff,<br><br>  v.<br><br>MS. GARCIA, et al.,<br><br>        Defendants. | 1:06-cv-008-REC-SMS<br><br>ORDER DIRECTING PLAINTIFF TO FILE WITHIN THIRTY DAYS A COMPLETED IN FORMA PAUPERIS APPLICATION WITH CERTIFICATE AND TRUST ACCOUNT STATEMENT (DOC. 8)<br><br>ORDER DIRECTING THE CLERK TO SEND TO PLAINTIFF A BLANK IN FORMA PAUPERIS APPLICATION FOR A PERSON IN CUSTODY |

    Plaintiff is a state prisoner proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

    Pending before the Court is Plaintiff's most recently filed application to proceed in forma pauperis.

    Plaintiff filed a complaint on January 3, 2006. Plaintiff did not pay the filing fee, and on January 12, 2006, the Court denied Plaintiff's initial application to proceed in forma pauperis because Plaintiff's application was incomplete. The "Certificate of Authorized Officer" was not dated or signed.

1

1 Further, Plaintiff did not submit a trust account statement. The
2 Court directed Plaintiff to submit a completed application within
3 thirty days or pay the $250.00 filing fee.
4     Plaintiff's new application is also incomplete because the
5 "Certificate of Authorized Officer" was not dated or signed.
6 Further, Plaintiff did not submit a trust account statement.
7     Plaintiff is required to submit an original, signed prison
8 trust account statement that includes the entire six-month period
9 immediately preceding the filing of the complaint. See 28 U.S.C.
10 § 1915(a)(2). Plaintiff will be provided the opportunity either
11 to pay the $250.00 filing fee or submit a completed application,
12 with a signed certificate, and an original certified copy of his
13 trust account statement covering the full six-month period in
14 support of his request to proceed in forma pauperis.
15     However, Plaintiff IS INFORMED that should Plaintiff fail to
16 file an application or pay the fee in a timely manner, it will be
17 considered a failure to comply with an order of the Court, and
18 the Court WILL RECOMMEND that the action be closed and
19 terminated.
20     In accordance with the foregoing, IT IS HEREBY ORDERED that
21     1) The Clerk IS DIRECTED to send to Plaintiff with this
22 order a copy of a blank in forma pauperis application for a
23 person in custody; and
24     2) Within thirty days of the date of service of this order,
25 Plaintiff shall either submit a completed application to proceed
26 in forma pauperis, including a signed certificate and an **original**
27 certified copy of his prison trust account statement for the **six-**
28 **month period** immediately preceding the filing of the complaint,

2

or, in the alternative, pay the $250.00 filing fee for this action. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   February 12, 2006**             /s/ Sandra M. Snyder
icido3                                     UNITED STATES MAGISTRATE JUDGE