UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAULTON MITCHELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MS. GARCIA, et al.,<br><br>　　　　Defendants.<br>_____ | ) 1:06-cv-00008-REC-SMS<br>)<br>) ORDER DISMISSING ACTION WITH<br>) PREJUDICE FOR FAILURE TO STATE A<br>) CLAIM (DOCS. 16, 19) AND<br>) DIRECTING CLERK TO ENTER JUDGMENT<br>) FOR DEFENDANTS<br>)<br>)<br>)<br>) |

　　　On May 1, 2006, the Magistrate Judge filed findings and a recommendation that the first amended complaint be dismissed with prejudice for Plaintiff's failure to state a claim. The findings and recommendation were served on all parties on May 1, 2006, and contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days of the date of service of the order. No party filed any objections.

　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendation are

1

supported by the record and proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendation filed May 1, 2006, are ADOPTED IN FULL; and

    2. The action IS DISMISSED with prejudice for failure to state a claim upon which relief may be granted; and

    3. The Clerk of Court IS DIRECTED to enter judgment for defendants.

IT IS SO ORDERED.

**Dated:  June 8, 2006**                           /s/ Robert E. Coyle
668554                                         UNITED STATES DISTRICT JUDGE