IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAULTON MITCHELL, ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> STATE OF CALIFORNIA, et al., ) <br> ) <br> ) <br> Defendant. ) <br> ) <br>_____) | No. CV-F-06-008 OWW/SMS <br><br> ORDER DEEMING "OBJECTION MOTION" (Doc. 23) TO BE OBJECTION TO FINDING AND RECOMMENDATION (Doc. 19) AND DECLINING TO VACATE ORDER DISMISSING ACTION AND THE ENTRY OF JUDGMENT (Docs. 20 & 21) |

On June 9, 2006, Judge Robert E. Coyle issued an order adopting the recommendation of the Magistrate Judge to dismiss the amended complaint without further leave to amend for failure to state a claim upon which relief can be granted. Judgment for defendants was entered on June 9

On June 9, 2006, plaintiff filed an "Objection Motion" in which plaintiff objects to the recommendation. Because the "Objection Motion" was not entered on the docket until June 12, 2006, Judge Coyle was not aware that plaintiff had timely filed objections to the recommendation. On June 12, 2006, this action

1

was reassigned to Judge Wanger due to the senior status of Judge Coyle.

Plaintiff's objections to the recommendation do not provide any basis for vacating Judge Coyle's order and the entry judgment. The allegations in the amended complaint relate to actions by the state court judges, the state prosecutor, and the public defender in a criminal prosecution resulting in plaintiff's conviction in the Fresno County Superior Court. These claims are not cognizable in an action pursuant to 42 U.S.C. § 1983 for the reasons stated in the recommendation. Therefore, Judge Coyle's order adopting the recommendation and dismissing the action without leave to amend and the entry of judgment for defendants will not be vacated.

IT IS SO ORDERED.

**Dated:   June 16, 2006**                     **/s/ Oliver W. Wanger**
emm0d6                                             UNITED STATES DISTRICT JUDGE